**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Stacy L Clark | § | Case No. 15-05062 |
| | § | |
| Debtor | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/16/2015 . The undersigned trustee was appointed on 02/15/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 20,500.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 19.40 |
| Bank service fees | | 274.60 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 20,206.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 06/16/2015 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,800.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,800.00 , for a total compensation of $ 2,800.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 17.04 , for total expenses of $ 17.04 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/06/2016        By:/s/Zane L. Zielinski
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-05062 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
| Case Name: | Stacy L Clark | | | | Date Filed (f) or Converted (c): | 02/16/2015 (f) |
| | | | | | 341(a) Meeting Date: | 03/12/2015 |
| For Period Ending: | 04/06/2016 | | | | Claims Bar Date: | 06/16/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 206 Burnett Street, Yorkville, IL | 184,406.00 | 0.00 | | 0.00 | FA |
| 2. 279 Saddleback Drive, Pagosa Springs, CO | 11,900.00 | 20,500.00 | | 20,500.00 | FA |
| 3. Cash on Hand | 50.00 | 0.00 | | 0.00 | FA |
| 4. Checking account at BMO Harris | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Worker's Compensation Settlement | 10,000.00 | 0.00 | | 0.00 | FA |
| 6. TCF Bank Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 7. Household goods and furnishings, including audio, video, and | 1,250.00 | 250.00 | | 0.00 | FA |
| 8. Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 9. Costume Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 10. 401(K) (NCH Corporation) | 467,896.00 | 0.00 | | 0.00 | FA |
| 11. Office equipment, Furnishings, and Supplies for Debtor's bus | 500.00 | 0.00 | | 0.00 | FA |
| 12. 2 dogs, 2 cats and 2 ferrets. | 0.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $677,502.00          $20,750.00          $20,500.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee submitted tax returns and is waiting for approval by the IRS.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Debtor's Residence: 206 Burnett Street, Yorkville, Il |
| RE PROP # | 2 | -- | Vacant Land: 279 Saddleback Drive, Pagosa Springs, CO.  The Debtor's purchased the Trustee's right to the real estate for $20,500. |
| RE PROP # | 4 | -- | Checking account at BMO Harris |
| RE PROP # | 5 | -- | Worker's Compensation Settlement |
| RE PROP # | 6 | -- | TCF Bank Checking Account (negative balance) |
| RE PROP # | 9 | -- | Costume Jewlery |
| RE PROP # | 10 | -- | 401(K) (NCH Corporation) |
| RE PROP # | 11 | -- | 2014 I Mac Computer, 2 printers on I Pad Postal Scale.  All used for Debtor's business operation |
| RE PROP # | 12 | -- | 2 dogs, 2 cats and 2 ferrets. |

Initial Projected Date of Final Report (TFR): 12/01/2015          Current Projected Date of Final Report (TFR): 01/31/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-05062 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Stacy L Clark | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4354 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/06/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx5066 | Transfer of Funds | 9999-000 | $20,450.88 | | $20,450.88 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.65 | $20,433.23 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.38 | $20,402.85 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.36 | $20,373.49 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.29 | $20,343.20 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.27 | $20,313.93 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.20 | $20,283.73 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.16 | $20,253.57 |
| 02/29/16 | 5001 | Arthur B. Levine Company<br>Maria Sponza<br>Adams-Levine<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Bond Payment | 2300-000 | | $19.40 | $20,234.17 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.17 | $20,206.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $20,450.88 | $244.88 |
| Less: Bank Transfers/CD's | $20,450.88 | $0.00 |
| Subtotal | $0.00 | $244.88 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                    Page Subtotals:          $20,450.88      $244.88

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $244.88 |

Exhibit B

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-05062 | Trustee Name: | Zane L. Zielinski | |
| Case Name: | Stacy L Clark | Bank Name: | The Bank of New York Mellon | |
| | | Account Number/CD#: | XXXXXX5066 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX2019 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 04/06/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/15 | 2 | Stacy Clark<br>BMO Harris Bank Certified Check | Sale of RIGHT TITLE IN REAL ESTATE<br>Sale of Colorado RE | 1110-000 | $20,500.00 | | $20,500.00 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.66 | $20,480.34 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.46 | $20,450.88 |
| 07/14/15 | | Transfer to Acct # xxxxxx4354 | Transfer of Funds | 9999-000 | | $20,450.88 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $20,500.00 | $20,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $20,450.88 |
| Subtotal | $20,500.00 | $49.12 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,500.00 | $49.12 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*   Page Subtotals:   $20,500.00   $20,500.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX4354 - Checking | $0.00 | $244.88 | $20,206.00 |
| XXXXXX5066 - Checking | $20,500.00 | $49.12 | $0.00 |
|  | $20,500.00 | $294.00 | $20,206.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---:|
| Total Net Deposits: | $20,500.00 |
| Total Gross Receipts: | $20,500.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-05062  
Debtor Name: Stacy L Clark  
Claims Bar Date: 6/16/2015  

Date: April 6, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $2,800.00 | $2,800.00 |
| 100 2200 | Zane L Zielinski<br>6336 North Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | Postage costs for mailing sale motion, mailing notice of final report, and mailing payment on claim. | $0.00 | $0.00 | $17.04 |
| 100 3410 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $1,785.30 | $1,785.30 |
| 100 3420 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $15.62 | $15.62 |
| 100 3731 | Exit Realty Advantage Pagosa Realty<br>Kim Moore<br>Exit Advantage Pagosa Realty<br>2383 Eagle Drive<br>Pagosa Springs, CO 81147 | Administrative | Fees were approved by Court order entered on April 1, 2016. | $0.00 | $500.00 | $500.00 |
| 2 280 5800 | Internal Revenue Service<br>P.O. Box 7346<br>Philedelphia, Pennsylvania 19101-7346 | Priority | The IRS voluntarily withdrew claim on April 9, 2015. | $0.00 | $8,000.00 | $8,000.00 |
| 1 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $2,370.92 | $2,370.92 |
| 2-1 300 7100 | Internal Revenue Service<br>P.O. Box 7346<br>Philedelphia, Pennsylvania 19101-7346 | Unsecured | The IRS voluntarily withdrew claim on April 9, 2015. | $0.00 | $7,500.00 | $7,500.00 |
| 3 300 7100 | Cach, Llc<br>4340 S. Monaco Street<br>2Nd Floor<br>Denver, Co 80237 | Unsecured | | $0.00 | $974.44 | $974.44 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-05062  
Debtor Name: Stacy L Clark  
Claims Bar Date: 6/16/2015  

Date: April 6, 2016

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>300<br>7100 | Cach, Llc<br>4340 S. Monaco Street<br>2Nd Floor<br>Denver, Co 80237 | Unsecured | | $0.00 | $5,328.91 | $5,328.91 |
| 6<br>300<br>7100 | Commerce Bank<br>P O Box 419248<br>Kcrec-10<br>Kansas City, Mo 64141-6248 | Unsecured | | $0.00 | $16,888.71 | $16,888.71 |
| 7<br>300<br>7100 | Pyod, Llc Its Successors And<br>Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $4,876.10 | $4,876.10 |
| 8<br>300<br>7100 | First National Bank Of Omaha<br>Brumbaugh And Quandahl Pc<br>4885 S. 118Th Street, Ste 100<br>Omaha, Ne 68137 | Unsecured | | $0.00 | $8,138.06 | $8,138.06 |
| 9<br>300<br>7100 | Portfolio Recovery Associates, Llc<br>Successor To Citibank, N.A. (Best Buy)<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $0.00 | $6,809.00 | $6,809.00 |
| | Case Totals | | | $0.00 | $65,987.06 | $66,004.10 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-05062
Case Name: Stacy L Clark
Trustee Name: Zane L. Zielinski

| | Balance on hand | $ | 20,206.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 2,800.00 | $ 0.00 | $ 2,800.00 |
| Trustee Expenses: Zane L. Zielinski | $ 17.04 | $ 0.00 | $ 17.04 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 1,785.30 | $ 0.00 | $ 1,785.30 |
| Other: Alan D. Lasko & Associates, P.C. | $ 15.62 | $ 0.00 | $ 15.62 |
| Other: Exit Realty Advantage Pagosa Realty | $ 500.00 | $ 0.00 | $ 500.00 |
| Other: Zane L Zielinski | $ 17.04 | $ 0.00 | $ 17.04 |

| Total to be paid for chapter 7 administrative expenses | $ 5,117.96 |
| Remaining Balance | $ 15,088.04 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,386.14 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ 2,370.92 | $ 0.00 | $ 788.18 |
| 3 | Cach, Llc | $ 974.44 | $ 0.00 | $ 323.94 |
| 4 | Cach, Llc | $ 5,328.91 | $ 0.00 | $ 1,771.53 |
| 6 | Commerce Bank | $ 16,888.71 | $ 0.00 | $ 5,614.43 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | $ 4,876.10 | $ 0.00 | $ 1,621.00 |
| 8 | First National Bank Of Omaha | $ 8,138.06 | $ 0.00 | $ 2,705.39 |
| 9 | Portfolio Recovery Associates, Llc | $ 6,809.00 | $ 0.00 | $ 2,263.57 |
| | Total to be paid to timely general unsecured creditors | | $ | 15,088.04 |
| | Remaining Balance | | $ | 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE