# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **STACY L. CLARK,** | Bankruptcy No. 15-05062 |
| Debtor. | Honorable Bruce W. Black |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #37)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on April 28, 2016.

Dated: April 28, 2016        **Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **STACY L. CLARK,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.   815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

- **Patrick S Layng** USTPRegion11.ES.ECF@usdoj.gov
- **Andrew J Nelson** anelson@atty-pierce.com, northerndistrict@atty-pierce.com
- **Dennis M Sbertoli** dsbert4978@aol.com

## MANUAL SERVICE LIST

**VIA U.S. MAIL**
Internal Revenue Service
P.O. Box 7346
Philedelphia, Pennsylvania 19101-7346

**VIA U.S. MAIL**
Quantum3 Group Llc As Agent For
Comenity Bank
Po Box 788
Kirkland, Wa 98083-0788

**VIA U.S. MAIL**
Cach, Llc
4340 S. Monaco Street
2Nd Floor
Denver, Co 80237

**VIA U.S. MAIL**
Commerce Bank
P O Box 419248
Kcrec-10
Kansas City, Mo 64141-6248

**VIA U.S. MAIL**
Pyod, Llc Its Successors And Assigns As Assignee
Of Citibank, N.A.
Resurgent Capital Services
Po Box 19008
Greenville, Sc 29602

**VIA U.S. MAIL**
First National Bank Of Omaha
Brumbaugh And Quandahl Pc
4885 S. 118Th Street, Ste 100
Omaha, Ne 68137

**VIA U.S. MAIL**
Portfolio Recovery Associates, Llc
Successor To Citibank, N.A. (Best Buy)
Pob 41067
Norfolk Va 23541

**VIA U.S. MAIL**
**Stacy L Clark**
206 Burnett Street
Yorkville, IL 60560