# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Stacy L Clark | § | Case No. 15-05062 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 185,656.00 *(Without deducting any secured claims)* | Assets Exempt: 479,946.00 |
| Total Distributions to Claimants: 15,088.04 | Claims Discharged Without Payment: 30,298.10 |
| Total Expenses of Administration: 5,411.96 | |

3) Total gross receipts of $ 20,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 20,500.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,411.96 | 5,411.96 | 5,411.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 8,000.00 | 8,000.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 37,038.07 | 52,886.14 | 52,886.14 | 15,088.04 |
| **TOTAL DISBURSEMENTS** | $ 37,038.07 | $ 66,298.10 | $ 66,298.10 | $ 20,500.00 |

    4)  This case was originally filed under chapter 7 on  02/16/2015 . The case was pending for 20 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/13/2016            By: /s/Zane L. Zielinski
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 279 Saddleback Drive, Pagosa Springs, CO | 1110-000 | 20,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 20,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 2,800.00 | 2,800.00 | 2,800.00 |
| Zane L. Zielinski | 2200-000 | NA | 17.04 | 17.04 | 17.04 |
| Arthur B. Levine Company | 2300-000 | NA | 19.40 | 19.40 | 19.40 |
| Associated Bank | 2600-000 | NA | 225.48 | 225.48 | 225.48 |
| The Bank of New York Mellon | 2600-000 | NA | 49.12 | 49.12 | 49.12 |
| Alan D. Lasko & Associates, P.C. | 3410-000 | NA | 1,785.30 | 1,785.30 | 1,785.30 |
| Alan D. Lasko & Associates, P.C. | 3420-000 | NA | 15.62 | 15.62 | 15.62 |
| Exit Realty Advantage Pagosa Realty | 3731-000 | NA | 500.00 | 500.00 | 500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,411.96 | $ 5,411.96 | $ 5,411.96 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 5800-000 | NA | 8,000.00 | 8,000.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 8,000.00 | $ 8,000.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Cach, Llc | 7100-000 | NA | 974.44 | 974.44 | 323.94 |
| 4 | Cach, Llc | 7100-000 | NA | 5,328.91 | 5,328.91 | 1,771.53 |
| 5 | Commerce Bank | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 6 | Commerce Bank | 7100-000 | 16,266.54 | 16,888.71 | 16,888.71 | 5,614.43 |
| 8 | First National Bank Of Omaha | 7100-000 | 8,138.06 | 8,138.06 | 8,138.06 | 2,705.39 |
| 2-1 | Internal Revenue Service | 7100-000 | NA | 7,500.00 | 7,500.00 | 0.00 |
| 9 | Portfolio Recovery Associates, Llc | 7100-000 | 6,809.00 | 6,809.00 | 6,809.00 | 2,263.57 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 4,876.10 | 4,876.10 | 4,876.10 | 1,621.00 |
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | 948.37 | 2,370.92 | 2,370.92 | 788.18 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 37,038.07 | $ 52,886.14 | $ 52,886.14 | $ 15,088.04 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-05062 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Stacy L Clark | | | | Date Filed (f) or Converted (c): | 02/16/2015 (f) |
| | | | | | 341(a) Meeting Date: | 03/12/2015 |
| For Period Ending: | 10/13/2016 | | | | Claims Bar Date: | 06/16/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 206 Burnett Street, Yorkville, IL | 184,406.00 | 0.00 | | 0.00 | FA |
| 2. 279 Saddleback Drive, Pagosa Springs, CO | 11,900.00 | 20,500.00 | | 20,500.00 | FA |
| 3. Cash on Hand | 50.00 | 0.00 | | 0.00 | FA |
| 4. Checking account at BMO Harris | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Worker's Compensation Settlement | 10,000.00 | 0.00 | | 0.00 | FA |
| 6. TCF Bank Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 7. Household goods and furnishings, including audio, video, and | 1,250.00 | 250.00 | | 0.00 | FA |
| 8. Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 9. Costume Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 10. 401(K) (NCH Corporation) | 467,896.00 | 0.00 | | 0.00 | FA |
| 11. Office equipment, Furnishings, and Supplies for Debtor's bus | 500.00 | 0.00 | | 0.00 | FA |
| 12. 2 dogs, 2 cats and 2 ferrets. | 0.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $677,502.00   $20,750.00   $20,500.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee's Final report was approved.

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Debtor's Residence: 206 Burnett Street, Yorkville, Il |
| RE PROP # | 2 | -- | Vacant Land: 279 Saddleback Drive, Pagosa Springs, CO.  The Debtor's purchased the Trustee's right to the real estate for $20,500. |
| RE PROP # | 4 | -- | Checking account at BMO Harris |
| RE PROP # | 5 | -- | Worker's Compensation Settlement |
| RE PROP # | 6 | -- | TCF Bank Checking Account (negative balance) |
| RE PROP # | 9 | -- | Costume Jewlery |
| RE PROP # | 10 | -- | 401(K) (NCH Corporation) |
| RE PROP # | 11 | -- | 2014 I Mac Computer, 2 printers on I Pad Postal Scale.  All used for Debtor's business operation |
| RE PROP # | 12 | -- | 2 dogs, 2 cats and 2 ferrets. |

Initial Projected Date of Final Report (TFR): 12/01/2015     Current Projected Date of Final Report (TFR): 01/31/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-05062 | Trustee Name: | Zane L. Zielinski |
| --- | --- | --- | --- |
| Case Name: | Stacy L Clark | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4354 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/13/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx5066 | Transfer of Funds | 9999-000 | $20,450.88 | | $20,450.88 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.65 | $20,433.23 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.38 | $20,402.85 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.36 | $20,373.49 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.29 | $20,343.20 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.27 | $20,313.93 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.20 | $20,283.73 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.16 | $20,253.57 |
| 02/29/16 | 5001 | Arthur B. Levine Company<br>Maria Sponza<br>Adams-Levine<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Bond Payment | 2300-000 | | $19.40 | $20,234.17 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.17 | $20,206.00 |
| 05/20/16 | 5002 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $2,817.04 | $17,388.96 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($2,800.00) | 2100-000 | | |

| | | | Page Subtotals: | | $20,450.88 | $3,061.92 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-05062 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Stacy L Clark | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4354 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/13/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($17.04) 2200-000 | | | |
| 05/20/16 | 5003 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,785.30 | $15,603.66 |
| 05/20/16 | 5004 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $15.62 | $15,588.04 |
| 05/20/16 | 5005 | Exit Realty Advantage Pagosa Realty<br>Kim Moore<br>Exit Advantage Pagosa Realty<br>2383 Eagle Drive<br>Pagosa Springs, CO 81147 | Final distribution representing a payment of 100.00 % per court order. | 3731-000 | | $500.00 | $15,088.04 |
| 05/20/16 | 5006 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 1 representing a payment of 33.24 % per court order. | 7100-000 | | $788.18 | $14,299.86 |
| 05/20/16 | 5007 | Cach, Llc<br>4340 S. Monaco Street<br>2Nd Floor<br>Denver, Co 80237 | Distribution | | | $2,095.47 | $12,204.39 |
| | | Cach, Llc | Final distribution to claim 3 representing a payment of 33.24 % per court order. | ($323.94) 7100-000 | | | |
| | | Cach, Llc | Final distribution to claim 4 representing a payment of 33.24 % per court order. | ($1,771.53) 7100-000 | | | |
| 05/20/16 | 5008 | Commerce Bank<br>P O Box 419248<br>Kcrec-10<br>Kansas City, Mo 64141-6248 | Final distribution to claim 6 representing a payment of 33.24 % per court order. | 7100-000 | | $5,614.43 | $6,589.96 |

Page Subtotals: $0.00   $10,799.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-05062 |
| Case Name: | Stacy L Clark |
| Taxpayer ID No: | XX-XXX2019 |
| For Period Ending: | 10/13/2016 |

| | |
|---|---|
| Trustee Name: | Zane L. Zielinski |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX4354 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/20/16 | 5009 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 7 representing a payment of 33.24 % per court order. | 7100-000 | | $1,621.00 | $4,968.96 |
| 05/20/16 | 5010 | First National Bank Of Omaha<br>Brumbaugh And Quandahl Pc<br>4885 S. 118Th Street, Ste 100<br>Omaha, Ne 68137 | Final distribution to claim 8 representing a payment of 33.24 % per court order. | 7100-000 | | $2,705.39 | $2,263.57 |
| 05/20/16 | 5011 | Portfolio Recovery Associates, Llc Successor To Citibank, N.A. (Best Buy)<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 9 representing a payment of 33.24 % per court order. | 7100-000 | | $2,263.57 | $0.00 |
| 09/21/16 | 5011 | Portfolio Recovery Associates, Llc Successor To Citibank, N.A. (Best Buy)<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 9 representing a payment of 33.24 % per court order. Reversal<br>Check Lost, confirmed Payee on 9/21 check not received or processed. | 7100-000 | | ($2,263.57) | $2,263.57 |
| 09/21/16 | 5012 | Portfolio Recovery Associates, Llc Successor To Citibank, N.A. (Best Buy)<br>Pob 12914<br>Norfolk Va 23541-0914 | Claim Check | 7100-000 | | $2,263.57 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $20,450.88 | $20,450.88 |
| Less: Bank Transfers/CD's | $20,450.88 | $0.00 |
| Subtotal | $0.00 | $20,450.88 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $20,450.88 |

Page Subtotals: $0.00 $6,589.96

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-05062 | Trustee Name: Zane L. Zielinski |
| Case Name: Stacy L Clark | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX5066 |
| | Checking |
| Taxpayer ID No: XX-XXX2019 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/13/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/15 | 2 | Stacy Clark BMO Harris Bank Certified Check | Sale of RIGHT TITLE IN REAL ESTATE Sale of Colorado RE | 1110-000 | $20,500.00 | | $20,500.00 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.66 | $20,480.34 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.46 | $20,450.88 |
| 07/14/15 | | Transfer to Acct # xxxxxx4354 | Transfer of Funds | 9999-000 | | $20,450.88 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $20,500.00 | $20,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $20,450.88 |
| Subtotal | $20,500.00 | $49.12 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,500.00 | $49.12 |

| | | |
|---|---|---|
| Page Subtotals: | $20,500.00 | $20,500.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4354 - Checking | $0.00 | $20,450.88 | $0.00 |
| XXXXXX5066 - Checking | $20,500.00 | $49.12 | $0.00 |
|  | $20,500.00 | $20,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,500.00 |
| Total Gross Receipts: | $20,500.00 |

Page Subtotals:   $0.00   $0.00